**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re SHENGDATECH, INC. SECURITIES LITIGATION | Master No. 1:11-cv-01918-TPG |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | **DEFENDANT KPMG LLP'S NOTICE OF MOTION TO DISMISS COUNT II OF THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Austin R. Evers, and the exhibits thereto, Defendant KPMG LLP moves this Court before the Honorable Thomas P. Griesa, United States District Judge, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing Count II of the Consolidated Amended Class Action Complaint for failure to state a claim upon which relief can be granted.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: /s/ Benjamin M. Greenblum
John K. Villa (jvilla@wc.com)
Kevin M. Hodges (khodges@wc.com)
(*pro hac vice* application pending)
William P. Ashworth (washworth@wc.com)
(*pro hac vice* application pending)
Benjamin M. Greenblum (bgreenblum@wc.com)
Austin R. Evers (aevers@wc.com)
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (fax)

*Attorneys for Defendant KPMG LLP*

Dated: December 27, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of December 2012, I caused copies of the foregoing Notice of Motion to Dismiss Count II of the Consolidated Amended Class Action Complaint, the Memorandum of Law in Support thereof, the proposed Order, the Declaration of Austin R. Evers, and the exhibits thereto, to be served on all counsel of record via ECF.

/s/ Benjamin M. Greenblum
Benjamin M. Greenblum