UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SHENGDATECH, INC. SECURITIES LITIGATION | Master No. 1:11-cv-01918-TPG |
| | CLASS ACTION |
| This Document Relates To: | |
| ALL ACTIONS. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/13

**[PROPOSED] ORDER GRANTING**
**DEFENDANT KPMG LLP'S MOTION TO DISMISS**

Upon consideration of Defendant KPMG LLP's Motion to Dismiss Count II of the Consolidated Amended Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(6), it is this 2d day of January, 2013, hereby

**ORDERED** that Defendant KPMG LLP's Motion to Dismiss is **GRANTED;** and it is further

**ORDERED,** that Count II of the Consolidated Amended Class Action Complaint is hereby **DISMISSED WITH PREJUDICE.**

1/2/2013

Thomas P. Griesa
UNITED STATES DISTRICT JUDGE