USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/4/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re SHENGDATECH, INC. SECURITIES LITIGATION

11-cv-01918

**ORDER**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

On January 3, 2013, this court signed an order granting defendant KPMG LLP's motion to dismiss the complaint in this action.

The court was in error in signing this order and the order is hereby vacated in its entirety. The Lead Plaintiff's deadline for opposing the motion will run from the date of the filing of the motion to dismiss, December 27, 2012.

SO ORDERED.

Dated: New York, New York

January 4, 2013

Thomas P. Griesa

Hon. Thomas P. Griesa,

U.S. District Judge