USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re SHENGDATECH, INC. SECURITIES LITIGATION

11 Civ. 01918 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this case has been assigned to me for all purposes, it is hereby

**ORDERED** that counsel for the lead plaintiff shall advise the Court by **September 12, 2013**, of the status of the motion to amend the consolidated amended class action complaint (Dkt #53).

**IT IS FURTHER ORDERED** that counsel for all parties appear for a status conference with the Court at the time and place listed below. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel. Counsel who appear must be prepared to discuss the merits of the case, argue any motions and discuss any pending discovery issues.

**IT IS FURTHER ORDERED** that counsel shall review and comply with the Court's Individual Rules and Procedures ("Individual Rules") (available at the Court's website, http://nysd.uscourts.gov/judge/Schofield).

**IT IS FURTHER ORDERED** that the parties shall submit via email (Schofield_NYSDChambers@nysd.uscourts.gov) **no later than 7 days before the initial pretrial conference** (1) a Proposed Civil Case Management Plan and Scheduling Order in PDF format using this Court's form Proposed Case Management Plan and Scheduling Order available

at the Court's website (http://nysd.uscourts.gov/judge/Schofield), and (2) a joint status letter not to exceed five pages and addressing the following:

1. A brief statement of the nature of the case, the principal claims and defenses, and the major legal and factual issues that are most important to resolving the case;
2. The docket numbers of the most recent complaint and answers thereto, as well as the operative scheduling order, if any;
3. A brief statement by plaintiff as to the basis of subject matter jurisdiction and venue, and a brief statement by each other party as to the presence or absence of subject matter jurisdiction and venue. Statements shall include citations to relevant statutes. In addition, in cases for which subject matter jurisdiction is founded on diversity of citizenship, the parties shall comply with the Court's Individual Rule IV.A.3;
4. A brief description of any (i) motions that have been made and decided, (ii) motions that any party seeks or intends to file, including the principal legal and other grounds in support of and opposition to the motion, (iii) pending motions and (iv) other applications that are expected to be made at the status conference;
5. A brief description of any discovery that has already taken place, and any discovery that is likely to be admissible under the Federal Rules of Evidence and material to proof of claims and defenses raised in the pleadings. (This is narrower than the general scope of discovery stated in Rule 26(b)(1));
6. A computation of each category of damages claimed, *see* Fed. R. Civ. P. 26(a)(1)(A)(iii);
7. A statement of procedural posture and upcoming deadlines;
8. A statement describing the status of any settlement discussions and whether the parties would like a settlement conference; and

9. Any other information that the parties believe may assist this Court in resolving the action.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via email to the Orders and Judgment Clerk at the following email address: orders_and_judgments@nysd.uscourts.gov.

Unless notified otherwise by the Court, the parties should presume that any existing Scheduling Order or Case Management Plan remains in effect notwithstanding the case's transfer, except that any conference and/or trial date scheduled between the date of this order and the conference scheduled below is hereby adjourned.

Any request for an extension or adjournment shall be made only by letter as provided in Individual Rule I.B.2 and must be received at least 48 hours before the deadline or conference. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

**DATE AND PLACE OF CONFERENCE**: **October 4, 2013,** at **10:30 a.m.**, in **Courtroom 1106** of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at **40 Foley Square**, New York, New York.

SO ORDERED.

Dated: September 10, 2013
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE