USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re SHENGDATECH, INC. SECURITIES LITIGATION :

11 Civ. 01918 (LGS)

ORDER

-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court is in receipt of Plaintiffs' motion for reconsideration and accompanying memorandum in support. (Dkt. Nos. 70, 71).

It is hereby **ORDERED** that counsel for Defendants Mudd and Saidman submit a response to Plaintiff's motion no later than **September 23, 2013**. The submission shall be no more than eight pages in length.

SO ORDERED.

Dated: September 13, 2013
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE