USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re SHENGDATECH, INC. SECURITIES LITIGATION

11 Civ. 01918 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a status conference for this case was held on October 4, 2013.

WHEREAS, at the conference, counsel for Lead Plaintiffs modified their Motion for Leave to Amend the Consolidated Class Action Complaint (Dkt. No. 53, "Motion to Amend") to the extent that they now seek to submit a Third Amended Complaint.

It is hereby **ORDERED** that for the reasons stated at the conference, Plaintiffs' Motion to Amend as modified at the conference is granted. Plaintiffs shall file the Third Amended Complaint by **October 28, 2013**. Any motions to dismiss shall be submitted by **November 25, 2013**. Any response shall be submitted by **December 23, 2013**. Any replies shall be submitted by **January 13, 2014**. A conference is set for **February 7, 2014**, at **10:30 a.m.**

It is further **ORDERED** that for the reasons stated at the conference, Plaintiffs' Motion for Reconsideration (Dkt. No. 70) is granted. The Court's opinion dated August 22, 2013, is vacated as moot.

The Clerk is directed to close the motions docketed at No. 53 and No. 70.

SO ORDERED.

Dated: October 4, 2013
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE