UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SHENGDATECH, INC. SECURITIES LITIGATION | Master No. 1:11-cv-01918-LGS<br><br>ECF Case<br>Electronically Filed |

**THE INDEPENDENT DIRECTORS'**
**NOTICE OF MOTION AND MOTION TO DISMISS**
**THE THIRD CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE THAT Defendants A. Carl Mudd and Sheldon B. Saidman (collectively, the "Independent Directors") will move this Court, on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, NY 10007, for entry of an order dismissing the Third Consolidated Amended Class Action Complaint ("Third Amended Complaint") filed by Lead Plaintiffs Edward Schaul and Donald Yaw ("Plaintiffs"), pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.*

PLEASE TAKE FURTHER NOTICE that in support of the Motion to Dismiss, the Independent Directors will rely upon the accompanying Memorandum of Law in Support of the Independent Directors' Motion to Dismiss the Third Consolidated Amended Class Action Complaint, the Declaration of Mark Oakes and exhibits attached thereto, the pleadings and other documents filed with the Court in this matter, and any other written or oral argument as may be permitted before the Court.

WHEREFORE, the Independent Directors respectfully request that the Court grant the Motion and dismiss the Third Amended Complaint's claims against the Independent Directors with prejudice.

Dated: November 25, 2013

Respectfully submitted,

FULBRIGHT & JAWORSKI LLP

/s/ Steve Dollar
Steve Dollar (admitted *pro hac vice*)
Ceren Unal (admitted *pro hac vice*)
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
Email: steve.dollar@nortonrosefulbright.com

Mark Oakes (admitted *pro hac vice*)
moakes@fulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598
Email: mark.oakes@nortonrosefulbright.com

*Attorneys for Defendants A. Carl Mudd and Sheldon B. Saidman*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on November 25, 2013, which caused an electronic copy of this document to be served on all counsel of record in this matter.

/s/ Mark Oakes
Mark Oakes