UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: SHENGDATECH, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Case Number 11 CV 1918 (LGS)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Ari M. Selman, the exhibits annexed thereto, and the accompanying Memorandum of Law in Support of its Motion to Dismiss, all dated November 25, 2013, and upon all prior proceedings herein, the undersigned KPMG, a Hong Kong partnership ("KPMG-HK"), will move this Court before the Hon. Lorna G. Schofield, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, at such time as the Court hereafter determines, for an order dismissing the claims asserted against KPMG-HK by Plaintiffs in their Third Consolidated Amended Class Action Complaint (the "Amended Complaint"), pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 et seq.; and granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's prior Order, Plaintiffs' answering papers, if any, are due on December 23, 2013.

Dated: New York, New York
November 25, 2013

**BINGHAM MCCUTCHEN LLP**

By: /s/ Jeffrey Q. Smith
Jeffrey Q. Smith
Ari M. Selman
399 Park Avenue
New York, NY 10022
(212) 705-7000
jq.smith@bingham.com
ari.selman@bingham.com

Steven W. Hansen (*Pro hac vice*)
One Federal Street
Boston, MA 02110
(617) 951-8000
steven.hansen@bingham.com

*Attorneys for Defendant KPMG*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of November, 2013, I caused a true and correct copy of the foregoing to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) via email, including to the following:

**ROBBINS GELLER RUDMAN & DOWD LLP**
Samuel H. Rudman, Esq.
Mario Alba, Jr.
Edward Y. Kroub
Avital O. Malina
58 South Service Road, Suite 200
Melville, New York 11747
631-367-7100
srudman@rgrdlaw.com
malba@rgrdlaw.com
ekroub@rgrdlaw.com
amalina@rgrdlaw.com

**FULBRIGHT & JAWORKSI**
Mark Oakes, Esq.
98 San Jacinto Boulevard
Suite 1100
Austin, Texas 78701-4255
512-536-5221
Mark.oakes@nortonrosefulbright.com

**GREENBERG TRAURIG, LLP**
Robert A. Horowitz
Met Life Building
200 Park Avenue
New York, NY 10166
212-801-2194
horowitzr@gtlaw.com

/s/ Jeffrey Q. Smith
Jeffrey Q. Smith
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, NY 10022
(212) 705-7000
jq.smith@bingham.com