USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/01/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re SHENGDATECH, INC. SECURITIES LITIGATION

11 Civ. 1918 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 30, 2014, the Court received a confidential letter via email asking that it refrain from ruling on KPMG-HK's pending motion to dismiss (Dkt. No. 91) until further notice.

It is hereby **ORDERED** that KPMG-HK's pending motion to dismiss (Dkt. No. 91) is denied without prejudice to renewal. The Clerk is directed to close the motion at Dkt. No. 91.

It is further **ORDERED** that no later than **September 12, 2014**, the parties shall file a letter advising the Court of the status of the action.

SO ORDERED.

Dated: July 1, 2014
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE