USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/14/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re SHENGDATECH, INC. SECURITIES LITIGATION

11 Civ. 01918 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 1, 2014, the Court denied Defendant KPMG HK's motion to dismiss without prejudice. (Dkt. No. 115).

WHEREAS, on August 12, 2014, the Court issued an opinion and order granting Defendants Mudd and Saidman's motion to dismiss. (Dkt. No. 116).

WHEREAS, there are no additional motions to dismiss pending in this action as of the date of this order.

WHEREAS, the statutory the stay of discovery pursuant to 15 U.S.C. § 78u-4(b)(3)(B) is no longer in effect.

WHEREAS, the Court is advised that the parties are scheduled to mediate on September 10, 2014.

It is hereby **ORDERED** that no later than **September 17, 2014**, the parties shall file a joint letter advising the Court of the status of the action and a Proposed Civil Case Management Plan.

SO ORDERED.

Dated: August 14, 2014
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE