USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 10/27/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re SHENGDATECH, INC. SECURITIES LITIGATION : 11 Civ. 01918 (LGS)

ORDER

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 24, 2014, Plaintiff filed a motion for reconsideration, for reasons stated at the conference held on October 23, 2014, it is hereby

**ORDERED** that Defendants shall respond to the Plaintiff's motion no later than **November 14, 2014**. It is further

**ORDERED** that no later than **November 3, 2014**, the parties shall file (1) letter-briefs addressing whether discovery is required to be stayed under the PSLRA and (2) a joint e-discovery protocol.

SO ORDERED.

Dated: October 27, 2014
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE