UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re SHENGDATECH, INC. SECURITIES LITIGATION | : : : : | Master No. 1:11-cv-01918-LGS <br><br> CLASS ACTION |
| This Document Relates To: <br><br> ALL ACTIONS. | : : : : : : | NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT |

1023571_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiffs, Edward Schaul and Donald Yaw, will move the Court, before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York, 40 Foley Square, New York, NY 10007, at a date and at such time as may be designated by the Court, for an order granting preliminary approval of the proposed partial settlement of this putative securities class action, pursuant to Federal Rule of Civil Procedure 23(e), directing that notice be sent to all Class Members and summary notice to be published, and setting a hearing for final approval. This Motion is based on the Stipulation and Agreement of Settlement and the exhibits annexed thereto, and Lead Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of Settlement.

DATED: April 22, 2015

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARIO ALBA JR.

s/ Samuel H. Rudman
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
malba@rgrdlaw.com

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
JEFFREY D. LIGHT
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
jeffl@rgrdlaw.com

Lead Counsel for Plaintiffs

- 2 -

1023571_1

CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 22, 2015.

                                                    s/ Samuel H. Rudman
                                                    SAMUEL H. RUDMAN

                                                    ROBBINS GELLER RUDMAN
                                                              & DOWD LLP
                                                    58 South Service Road, Suite 200
                                                    Melville, NY  11747
                                                    Telephone:  631/367-7100
                                                    631/367-1173 (fax)

                                                    E-mail:  srudman@rgrdlaw.com

# Mailing Information for a Case 1:11-cv-01918-LGS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@rgrdlaw.com

- **Miriam G. Bahcall**
  bahcallm@gtlaw.com

- **Michael Gerard Capeci**
  mcapeci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Stephen Mark Dollar**
  sdollar@fulbright.com,rshavers@fulbright.com

- **Frederic Scott Fox , Sr**
  ffox@kaplanfox.com

- **Donald R. Hall , Jr**
  dhall@kaplanfox.com

- **Steven W. Hansen**
  steven.hansen@morganlewis.com,david.marcus@morganlewis.com,nymanagingclerk@morganlewis.com

- **Robert Allen Horowitz**
  horowitzr@gtlaw.com,schaefferc@gtlaw.com,GTcourtAlert@gtlaw.com

- **KPMG LLP**
  bgreenblum@wc.com

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Irina Kobylevsky**
  ikobylevsky@kaplanfox.com

- **Edward Y. Kroub**
  ekroub@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **Avital Orly Malina**
  amalina@rgrdlaw.com

- **Hae Sung Nam**
  hnam@kaplanfox.com

- **Mark Thomas Oakes**
  moakes@fulbright.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Ari Micah Selman**
  ari.selman@morganlewis.com,nymanagingclerk@morganlewis.com

- **Jeffrey Q. Smith**
  jeffrey.smith@morganlewis.com,nymanagingclerk@morganlewis.com

- **Ceren Marie Unal**
  cunal@fulbright.com,rshavers@fulbright.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)