USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 5/14/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re SHENGDATECH, INC. SECURITIES LITIGATION : 11 Civ. 01918 (LGS)

ORDER

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 14, 2015, the parties appeared for a hearing on Lead Plaintiffs' motion for preliminary approval of a partial class settlement, for the reasons stated at the conference, it is hereby

**ORDERED** that Lead Plaintiffs and KPMG HK shall submit to the Court no later than **May 28, 2015**, shall:

- Provide a table of contents to the Settlement Agreement.
- Provide an explanation regarding the tax provisions (¶¶ 2.7 to 2.8) of the Settlement Agreement, including who benefits from these provisions, how the provisions work, and the dollar impact on the net settlement amount. Please identify any assumptions made in arriving at specific dollar amounts.
- Provide a schedule of calculations, identifying all assumptions, and showing deductions from the gross settlement amount to arrive at a projected net settlement amount overall and per claimant as detailed in ¶ 5.2 of the Settlement Agreement, both with and without the bankruptcy settlement, and distinguishing between attorneys and administrator's fees versus expenses.

- Amend ¶ 5.7 of the Settlement Agreement to reflect that any action taken with the residual funds that remain will be subject to the Court's approval at the time that the amount is known and ready for disbursement.
- Amend the Settlement Agreement to reflect that the attorneys' fees will be paid at the same time as claimants' checks.
- Correct the typographical error on pages 2 to 3 of the proposed Notice.
- Provide the Court a memorandum explaining the rationale behind the plan of distribution. Amend the Notice to include a brief explanation of the plan of distribution and its rationale.
- Revise the Notice on page 17 to reflect that, the Court's reservation of jurisdiction to allow, disallow or adjust the claim of any Class Member on equitable grounds is subject to the Court's final approval of the settlement.

The Court notes its receipt of the Confidential Supplemental Agreement between Lead Plaintiffs and KPMG HK that was requested at the conference.

The parties may submit a brief amendment to the Settlement Agreement, rather than revising the entire document. The parties shall revise the Notice and submit the revision for approval.

SO ORDERED.

Dated: May 14, 2015
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE