USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re SHENGDATECH, INC. SECURITIES LITIGATION

11 Civ. 1918 (LGS)

ORDER

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, there are no dispositive motions pending in this action, it is hereby

**ORDERED** that the stay on discovery pursuant to the Private Securities Litigation Reform Act is lifted. No later than **June 11, 2015**, all remaining non-settling parties shall file a joint letter advising the Court of the status of the action and a Proposed Civil Case Management Plan.

SO ORDERED.

Dated: June 4, 2015
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE