USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

In re SHENGDATECH, INC. SECURITIES LITIGATION

------------------------------------------------------------ X

11 Civ. 1918 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that Plaintiffs intend to dismiss this case against Defendant ShengdaTech, Inc. Accordingly, it is hereby ORDERED that Defendant ShengdaTech, Inc. is dismissed without costs and without prejudice, provided the application to restore ShengdaTech, Inc. as a defendant is made within thirty (30) days. Plaintiffs may seek timely extension of the 30 day deadline for good cause.

SO ORDERED.

Dated: July 13, 2015
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE