```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/25/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————— x

In re SHENGDATECH, INC. SECURITIES
LITIGATION

——————————————————————

This Document Relates To:

        ALL ACTIONS.

—————————————————————— x

:   Master No. 1:11-cv-01918-LGS
:
:   CLASS ACTION
:
:   ORDER AWARDING ATTORNEYS' FEES
:   AND EXPENSES
:
:
:
:

LORNA G. SCHOFIELD, District Judge:

        This matter having come before the Court on September 17, 2015, on the motion of Lead

Counsel for an award of attorneys' fees and expenses, the Court, having considered all papers filed

and proceedings conducted herein, having found the Settlement of this Action to be fair, reasonable

and adequate, and otherwise being fully informed in the premises and good cause appearing

therefore;

        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

        1.        This Order incorporates by reference the definitions in the Amended Stipulation

and Agreement of Settlement dated June 10, 2015 (the "Stipulation") and all capitalized terms

used, but not defined herein, shall have the same meanings as set forth in the Stipulation.

        2.        This Court has jurisdiction over the subject matter of this application and all matters

relating thereto, including all members of the Class who have not timely and validly requested

exclusion.

        3.        The Court hereby awards Lead Counsel attorneys' fees of 25% of the total recovery

of $2,150,000 ($537,500), plus expenses in the amount of $47,463.77, together with the interest

earned on both amounts for the same time period and at the same rate as that earned on the

Settlement Fund until paid.  The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4.      The fees and expenses shall be allocated among other Plaintiffs' Counsel in a manner that Lead Counsel in good faith believes reflects the contributions of such counsel to the prosecution and Settlement of the Action.

5.      The awarded attorneys' fees and expenses and interest earned thereon shall be paid to Lead Counsel subject to the terms, conditions, and obligations of the Stipulation, and in particular, ¶ 6.2 thereof, which terms, conditions, and obligations are incorporated herein, **EXCEPT THAT**, 50% of the attorneys' fees shall be paid when the Settlement Fund is or has been disbursed to a majority of the claimants.

6.      The Clerk of the Court is respectfully directed to close the motion at docket # 159.

SO ORDERED.

DATED:  September 25, 2015

_____

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**