USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/25/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re SHENGDATECH, INC. SECURITIES LITIGATION

This Document Relates To:

ALL ACTIONS.

Master No. 1:11-cv-01918-LGS

CLASS ACTION

ORDER APPROVING PLAN OF DISTRIBUTION OF SETTLEMENT PROCEEDS

LORNA G. SCHOFIELD, District Judge:

This matter having come before the Court on September 17, 2015, on Lead Plaintiffs' motion for approval of the Plan of Distribution of the settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Order incorporates by reference the definitions in the Amended Stipulation and Agreement of Settlement dated June 10, 2015 (the "Stipulation") and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Stipulation.

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, due and adequate notice was directed to all persons who are Class Members who could be identified with reasonable effort, advising them of the Plan of Distribution and of their right to object thereto, and a full and fair opportunity was accorded to all persons and entities who are Class Members to be heard with respect to the Plan of Distribution.

3. The formula for the calculation of the claims of Authorized Claimants which is set forth in the Amended Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to Class Members provides a fair and reasonable basis upon which to allocate the proceeds of

the Net Settlement Fund established by the Stipulation among the Class Members, with due consideration having been given to administrative convenience and necessity.

4. This Court finds and concludes that the Plan of Distribution, as set forth in the Notice, is, in all respects, fair and reasonable and the Court approves the Plan of Distribution.

5. The Clerk of the Court is respectfully directed to close the motion at Docket # 157.

SO ORDERED.

DATED: September 25, 2015

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE