USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 3/15/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SHENGDATECH, INC. SECURITIES LITIGATION | Master No. 1:11-cv-01918-LGS |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | ORDER PERMITTING DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS |

LORNA G. SCHOFIELD, District Judge:

This matter comes before the Court upon the request of Lead Counsel for the Class to distribute the residual balance of the Net Settlement Fund to the New York Bar Foundation. Finding that such a distribution is appropriate under ¶ 5.7 of the Amended Stipulation and Agreement of Settlement, dated June 10, 2015, the Court authorizes Lead Counsel to distribute the residual balance of the Net Settlement Fund to the New York Bar Foundation.

IT IS SO ORDERED.

DATED: March 15, 2017
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE



1242596_1