UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/17/2017

| | |
|---|---|
| In re SHENGDATECH, INC. SECURITIES LITIGATION | Master No. 1:11-cv-01918-LGS |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 15, 2017, the Court authorized Lead Counsel to distribute the residual balance of the Net Settlement Fund to the New York Bar Foundation; it is hereby

ORDERED that by April 28, 2017, Lead Counsel shall file on ECF a complete breakdown of the disbursement of the gross settlement fund.

DATED: March 17, 2017
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**



1242596_1