Case 1:11-cv-01918-LGS   Document 174   Filed 03/28/17   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
In re SHENGDATECH, INC. SECURITIES : Master No. 1:11-cv-01918-LGS
LITIGATION :
 : CLASS ACTION
———————————————————————— :
 :
This Document Relates To: : ORDER PERMITTING DISTRIBUTION OF
 : ATTORNEYS' FEES AND EXPENSES TO
    ALL ACTIONS. : LEAD COUNSEL
 :
 :
———————————————————————— x

This matter comes before the Court upon the request of Lead Counsel for the Class to distribute the Court awarded attorneys' fees and expenses to Lead Counsel.  Finding that such a distribution is appropriate under ¶ 6.2 of the Amended Stipulation and Agreement of Settlement, dated June 10, 2015, and the September 25, 2015 Order Awarding Attorneys' Fees and Expenses (Dkt. No. 165), the Court authorizes Lead Counsel to be paid $537,500 in attorneys' fees, plus expenses in the amount of $47,463.77, together with the interest earned on both amounts in the Escrow Account since June 1, 2016.

IT IS SO ORDERED.

DATED:  March 28, 2017
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**